IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Villamil, Crystal M | Case Number: 08 B 04813 |
| | Judge: Hollis, Pamela S |
| Printed: 8/26/08 | Filed: 2/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 561.00 |
| Trustee Fee: | | 39.00 |
| Other Funds: | | 0.00 |
| Totals: | 600.00 | 600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,479.00 | 561.00 |
| 2. | DaimlerChrysler Financial | Unsecured | 1,500.15 | 0.00 |
| 3. | T Mobile USA | Unsecured | 11.13 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 48.73 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 159.18 | 0.00 |
| 7. | US Bank | Unsecured | 41.37 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 427.00 | 0.00 |
| 9. | Comcast | Unsecured | 71.44 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 457.00 | 0.00 |
| 11. | Cfc Deficiency Recover | Unsecured | | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 13. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 14. | GC Services Corporation | Unsecured | | No Claim Filed |
| 15. | KCA Financial Services | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 19. | Shaffer & Associates | Unsecured | | No Claim Filed |
| 20. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 21. | Saint Richard Church | Unsecured | | No Claim Filed |
| 22. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Professional Account Management | Unsecured | | No Claim Filed |
| 24. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 25. | United Collection Bureau Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Villamil, Crystal M | Case Number: 08 B 04813 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 8/26/08 | Filed: 2/29/08 |

| 26. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 28. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,245.00 | $ 561.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 39.00 |
| | _____ |
| | $ 39.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____